IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2225-REB-BNB

JUDY ANN BAT,

Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     Pursuant to the filing of **A.G. Edwards & Sons, Inc.'s Consent to Plaintiff's Request to Vacate Hearing**, docket entry no. 38, filed on July 12, 2005,

     IT IS ORDERED that the Motion to Compel (docket entry no. 29) is DENIED AS MOOT, and the hearing set for July 13, 2005, is VACATED.

DATED: July 12, 2005