IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Compel Complete 30(b)(6) Deposition and Motion for Extension of the Discovery Deadline** (the "Motion to Compel"), filed July 15, 2005. I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED IN PART and TAKEN UNDER ADVISEMENT. The Motion to Compel is DENIED in all respects except with insofar as it concerns Categories 8, 12, 13, 26, 53, and 54, which are taken under advisement.

Dated August 17, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge