**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-2225-REB-BNB

JUDY ANN BAT,

     Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,

     Defendant.

---

MINUTE ORDER[1]

---

     The Unopposed Motion for Leave to File Exhibits in Support of Response to Motion for Summary Judgment, with Attached Exhibits [#80], filed January 12, 2006, is GRANTED and the exhibits in support of response to the motion for summary judgment are accepted for filing.

     It is noted that the court does not accept the parties' stipulation extending defendant's date to reply.  **See** D.C.COLO.L.Civ.R. 6.1.A, no stipulation by the parties can affect a date or deadline established by court order, including hearing dates and case management deadlines.  If defendant wants an extension of time, they can move for one.  Parties are reminded of this court's practice standard REB Civ. Practice Standard II.G.2., that any motion for extension of time shall be filed no later than **three (3)** business days prior to the date the motion, response, reply, or other paper to which the extension applies is due.

Dated:  January 13, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.