IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)   **Plaintiff's Motion to Compel Document Deponent Used to Refresh Recollection** [Doc. # 73, filed 1/3/06] (the "Motion to Compel");

(2)   **Plaintiff's Motion for Leave for the Court to Accept the Reply Re: Motion to Compel Document Deponent Used to Refresh Recollection Out of Time** [Doc. # 96, filed 2/16/06] (the "Motion to File Out of Time"); and

(3)   **Defendant's Motion to Strike Plaintiff's Reply Re: Motion to Compel Document Deponent Used to Refresh Recollection** [Doc. # 98, filed 2/17/06] (the "Motion to Strike").

I held a hearing on these motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED. The defendant shall produce the 11 page document reviewed by Mr. Timmins on the evening before his deposition on or

before **March 22, 2006**.

IT IS FURTHER ORDERED that the Motion to File Out of Time is GRANTED. The Clerk of the Court is directed to accept for filing the *Plaintiff's Reply Re: Motion to Compel Document Deponent Used to Refresh Recollection* [Doc. # 95, submitted 2/15/06].

IT IS FURTHER ORDERED that the Motion to Strike is DENIED.

Dated March 17, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge