**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,

    Defendant.

---

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

**Blackburn, J.**

The matter before me is **Defendant's Motion for Summary Judgment** [#70], filed December 15, 2005. Defendant argues that plaintiff cannot sustain her single cause of action for retaliation under Title VII. However, having reviewed the arguments, authorities, and evidence presented, it is clear to me that there exist genuine issues of material fact that are not amenable to summary resolution.

**THEREFORE, IT IS ORDERED** that **Defendant's Motion for Summary Judgment** [#70], filed December 15, 2005, is **DENIED**.

Dated April 10, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s Robert E. Blackburn**
                                          **Robert E. Blackburn
                                          United States District Judge**