**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,
a Delaware corporation,
    Defendant.

---

MINUTE ORDER[1]

---

    The Defendant filed an Unopposed Motion to Exceed Page Limit for Defendant's Reply in Support of Defendant's Objections to Plaintiff's Designation of Norman Wyndham Timmins's Deposition Testimony, [#141], filed June 26, 2006.

    The Court, having reviewed the Defendant's Unopposed Motion to Exceed Page Limit for Defendant's Reply in Support of Defendant's Objections to Plaintiff's Designation of Norman Wyndham Timmins's Deposition Testimony, [#141], filed June 26, 2006, the motion is **GRANTED**. Defendant's reply attached to the motion is accepted for filing.

Dated: June 28, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.