# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,
a Delaware corporation,
    Defendant.

## MINUTE ORDER[1]

    Plaintiff's Motion under *Daubert-Kumho* and Fed.R.Evid. 702 Regarding Alleged Defense Expert Mary Ann Adams [#158], filed August 15, 2006, is STRICKEN as untimely filed. The court notes that in the Trial Preparation Conference Order [#20], entered February 24, 2005, page 2, paragraph 1B, the deadline for the filing of Rule 702 motions was **August 15, 2005**, and there has been no requests for extensions of time for this deadline.

Dated: August 21, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.