IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Defendant's Motion to Redepose Joseph Quijano and for Condensed Period of Time for Plaintiff to Respond to This Motion** [Doc. # 151, filed 8/4/2006] (the "Motion").

I held a hearing on the motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The defendant may redepose Mr. Quijano for a period not to exceed two hours. The parties, at their option, may attend the deposition in person or by telephone. The deposition shall occur on **August 24, 2006, beginning at 9:00 a.m.** The notice requirement of D.C.COLO.LCivR 30.1(A) shall not apply to this deposition.

Dated March 17, 2006.

                                           BY THE COURT:

                                           s/ Boyd N. Boland
                                           United States Magistrate Judge