**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date:  January 26, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  04-cv-02225-REB-BNB**

| | |
|---|---|
| JUDY ANN BAT, | David Feola |
| Plaintiff, | |
| v. | |
| A. G. EDWARD & SONS, INC., | Mary Stuart |
| | Christopher Ottele |
| Defendant. | |

---

**COURTROOM MINUTES**

---

**Hearing:    Trial Preparation Conference**

**9:32  a.m.     Court in session.**

Appearances of counsel.

Opening statements by the court.

The parties tender to the court their witness lists.

Jury trial in this matter is scheduled to commence on Monday, February 12, 2007, at 8:30 a.m.

Counsel shall meet with the courtroom deputy on Monday, February 12, 2007, at 8:00 a.m. to review the trial check list.

The Court will seat eight jurors for this matter.

The parties informs the Court as to whom will be sitting at counsel tables.

The Court and counsel review the witness lists.

The plaintiff informs the Court that they will present testimony by deposition.

The Court and parties discuss the scheduling of witnesses.

The Court and counsel discuss exhibit issues.

Voir dire examination is limited to 15 minutes per side.

**It was ORDERED:**

1. That Plaintiff's Motion in Limine *Contingent Motion to Allow Video Conference Testimony by Elaine M. Haw,* [#162] filed August 21, 2006, is **DENIED**.

2. That the Defendant's Motion in Limine *To Prohibit Plaintiff From Arguing that Defendant Withheld or Destroyed Documents,* [#149] filed July 31, 2006, is **GRANTED**.

3. That the Defendant's Motion in Limine *To Exclude Evidence of Plaintiff's Alleged Medical Conditions* [#150] filed July 31, 2006, is **GRANTED.**

**10:10 a.m.   Court in recess.**

*Total court time: 00:38 minutes - hearing concluded*