# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Robert E. Blackburn, Judge

Civil Case No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE*

**Blackburn, J.**

The matters before me are (1) **Defendant's Motion *In Limine* to Prohibit Plaintiff From Arguing That Defendant Withheld or Destroyed Documents** [#149], filed July 31, 2006; and (2) **Defendant's Motion *In Limine* to Exclude Evidence of Plaintiff's Alleged Medical Conditions** [#150], filed July 31, 2006.  I grant the motions.

With respect to defendant's motion to preclude plaintiff from suggesting to the jury that defendant destroyed certain documents, I find the magistrate judge's denial of plaintiff's motion to compel production of these documents dispositive of the issue. (**Order** [#63], filed November 18, 2005.)  Pursuant to that order, defendant was under no legal obligation to produce the documents in question.  Any suggestion that the absence of such documents in the record may be due to spoliation on defendant's part, therefore, would be improper.

Defendant also seeks to exclude plaintiff from offering evidence of her medical conditions because she refused to produce evidence regarding those conditions in discovery. By way of its reply, defendant clarifies that it does not object to plaintiff testifying that she told her supervisors she was sick, but only to evidence regarding medical conditions that she did not report or discuss with her employer. I agree with defendant that only medical conditions of which the employer was aware are relevant to plaintiff's single claim of retaliation in this lawsuit, and, thus, grant the motion *in limine* to the extent it seeks to exclude evidence of plaintiff's medical conditions that were not known to her supervisors.

**THEREFORE, IT IS ORDERED** that:

1. That **Defendant's Motion *In Limine* to Prohibit Plaintiff From Arguing That Defendant Withheld or Destroyed Documents** [#149], filed July 31, 2006, is **GRANTED**; and

2. That **Defendant's Motion *In Limine* to Exclude Evidence of Plaintiff's Alleged Medical Conditions** [#150], filed July 31, 2006, is **GRANTED** on the conditions set forth herein.

Dated January 26, 2007 at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn**
                                                **United States District Judge**