**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02225-REB-BNB

JUDY ANN BAT,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,
a Delaware corporation,
    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before the court is **Plaintiff's Request For Entry of Written Order Regarding The Court's January 26, 2007 Trial Management Rulings** [#182], filed February 5, 2007. The motion is **DENIED** as moot.

    Dated: July 19, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.