**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-02225-REB-BNB

JUDY ANN BAT,

    Plaintiff,

v.

A.G. EDWARDS & SONS, INC.,
a Delaware corporation,
    Defendant.

## TRIAL PREPARATION ORDER

**Blackburn, J.**

    Pursuant to D.C.COLO.LCivR 43.1, and REB Civ. Practice Standard IV.A.1., and after conferring with counsel, the court enters this **Trial Preparation Order**.

    **IT IS ORDERED** as follows:

    1. That trial by jury shall commence **February 11, 2008**, at **8:30 a.m.**, in courtroom A701, located on the 7th Floor North, of the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, Colorado 80294;

    2. That the court reserves eight (8) days for trial:

- Monday, February 11, 2008, through Thursday, February 14, 2008; and
- Tuesday, February 19, 2008, through Friday, February 22, 2008;

    3. That counsel shall appear in courtroom A701 on the first day of trial at 8:00 a.m., to review the **Trial Checklist** with the courtroom deputy clerk;

    4. That each side shall be permitted supplemental, attorney-conducted voir dire

examination not to exceed 15 minutes following voir dire examination by the court, but shall not reiterate questions previously propounded by the court or another party;

5. That pending further court order, the jurors shall not be sequestered before deliberations;

6. That trial witnesses subject to sequestration under F.R.E. 615 shall be sequestered by order entered *sua sponte* immediately before opening statements;

7. That opening statements shall be limited to **thirty (30)** minutes per party;

8. That the court will not engage in the examination of any witness, except to eschew plain error;

9. That pursuant to REB Civ. Practice Standard III.D.4., each party shall have available at trial a set of exhibits for the court, the courtroom deputy clerk, and opposing counsel;

10. That objections made in the presence or hearing of the jury, i.e., so-called "speaking" objections, shall be stated as succinctly as practicable and supported by recitation of apposite authority when possible; however, counsel shall not speechify an objection in the presence or hearing of the jury [Rehearse Fed.R.Evid. 103(c)];

11. That in marshaling motions or objections during trial, the following sequential protocol shall be observed: objection, response, reply, ruling;

12. That to eliminate or minimize bench or sidebar conferences, each party shall be responsible to inform the courtroom deputy clerk at the conclusion of a trial day about any issue which should be considered before commencing trial on the next scheduled day of trial and at the outset of a trial day about any issue which should be

considered at the conclusion of that trial day;

13. That closing argument shall be limited to forty-five **(45)** minutes total for each party;

14. That discovery is closed, and, therefore, no additional discovery shall be conducted without advance order of the court;

15. That the deadlines for filing motions under Fed.R.Civ.P. 12 and 56, and Fed.R.Evid. 702 have passed, and, therefore, no additional motions shall be filed under those rules without advance order of the court; and

16. That pursuant to REB Civ. Practice Standard IV.A.1., the Final Pretrial Order as modified or supplemented by this Trial Preparation Order and any order entered during the trial preparation conference shall control the subsequent course of this action and the trial, and may not be amended except by consent of the parties and approval of the court or by order of the court to prevent manifest injustice.

Date August 21, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**