IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: February 11, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 04-cv-02225-REB**

| | |
|---|---|
| JUDY ANN BAT, | David Feola |
| Plaintiff | |
| v. | |
| A. G. EDWARDS & SONS, | Mary Hurley Stuart |
| *Division of Wachovia Securities, LLC* | Christopher Ottle |
| Defendant | |

---

**COURTROOM MINUTES - JURY TRIAL - DAY ONE**
---

8:45 a.m.   Thirty-five potential jurors are brought to the courtroom.

Fifteen jurors are seated in the jury box before the judge takes the bench.

**9:02 a.m.   Court in session.**

Appearances of counsel.

The Jury Panel is sworn.

Opening statements by the court.

9:32 a.m.   Voir dire by the Court.

**Excused for Cause:**

1. 100159536
2. 100125256

**10:30 a.m.**     **Court in recess.**
**10:43 a.m.**     **Court in session.**

10:44 a.m.     Voir dire by the Mr. Feola, for the plaintiff.

10:57 a.m.     Voir dire by Ms. Stuart, for the defendant.

The Plaintiff passes the panel for cause.

The Defendant passes the panel for cause.

**Plaintiff's peremptory challenges**:

1.     100129950
2.     100135101
3.     100156061

**Defendant's peremptory challenges**:

1.     100138268
2.     100152673
3.     100138171

**Jury Panel**:

1.     100126904
2.     100149473
3.     100122238
4.     100134849
5.     100153530
6.     100144423
7.     100159981
8.     100123449
9.     100157387

The Jury Panel is sworn.

The Court's Juror Code of Conduct is tendered to the jury and counsel.

**11:25 a.m**     **Court in recess and shall reconvene at 1:00 p.m.**
**1:00 p.m.**     **Court in session.**

The jury is not present.

The Court rules on pending motions.

**It was ORDERED**:

1. That the Defendant's Motion in Limine *Concerning Plaintiff's False Accusation of Document Fabrication* [#198], filed March 15, 2007, is **granted in part** , subject to further order of the Court, the plaintiff shall not in the presence or the hearing of the jury expressly or indirectly allege, assert, contend or argue that the defendant or its counsel has fabricated, forged, doctored, altered, destroyed, concealed, created after the fact, or created from whole cloth evidence including but not limited to one or more documents; provided furthermore, that this order does not prohibit or preclude the plaintiff from admitting or challenging evidence relevant to the existence or accuracy of consequential facts at issue or pretext;

2. That the Defendant's Motion in Limine *Concerning Trial Exhibit 10* [#199], filed March 15, 2007, is **granted in part and denied, without prejudice, in part.** The motion is granted insofar as it seeks expressly or implicitly an order prohibiting and precluding the plaintiff from disclosing or discussing Exhibit 10 to the jury during opening statements. The motion is denied, without prejudice insofar as it seeks the entry of an order, at this time, denying and excluding the admission into evidence of Exhibit 10; and

3. That subject to the penalties of contempt of court, counsel shall not insult opposing counsel in the presence or hearing of the jury. Any breach or violation of this order shall be punished summarily and solely as an act of criminal contempt of the court.

1:10 p.m.   Jury is present.

The Court instructs the jury on trial procedures.

Court's sequestration order is in effect.

1:25 p.m.   Opening statements by Mr. Feola, for the plaintiff.

1:58 p.m.   Opening statements by Ms. Stuart, for the defendant.

2:22 p.m.   The jury is excused.

Discussion by the court and counsel.

The Court questions witness, Mr. Coffee, as to his availability on Tuesday, February 12, 2008.

Mr. Coffee's subpoena is continued to Tuesday, February 12, 2008 at 9:00 a.m.

The plaintiff will proceed with the deposition of witness Mark Tulley, by video.

The plaintiff shall play the video version of witness, Mark Tulley, that does not contain reference to Exhibit 10.

**2:35 p.m.　　Court in recess.**
**2:55 p.m.　　Court in session.**

The jury is present.

The Court instructs the jury as to testimony by video.

The Plaintiff calls witness, Mr. Mark Tulley, by video deposition.

2:56 p.m　　The video deposition, of Mark Tulley, is played for the jury.

4:45 p.m.　　The jury is excused and shall reconvene on Tuesday, February 12, 2008, at 8:30 a.m.

Statements to counsel by the Court.

5:50 p.m.　　**Court in recess shall reconvene on Tuesday, February 12, 2008 at 8:30 a.m.**

*Total court time: 5 hours and 01 minute - trial is continued*